SEDGWICK, DETERT, MORAN & ARNOLD LLP
KEVIN DUNNE  Bar No. 40030
LAURA GOODMAN  Bar No. 142689
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Defendant
STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY

KABATECK BROWN KELLNER LLP
NIALL G. YAMANE Bar No. 127899
644 South Figueroa Street
Los Angeles, California  90017
Telephone:  (213) 217-5000
Facsimile:  (213) 217-5010

Attorneys for Plaintiff
GREGORY BUONOCORE, an individual on
behalf of himself and all others similarly situated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY BUONOCORE, an individual on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; and DOES 1 through 10 inclusive,<br><br>Defendants. | CASE NO. CV 08 0184 PJH<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING DATES |

This STIPULATION is entered into by and between plaintiff Gregory Buonocore and defendant State Farm Mutual Automobile Insurance Company.

## RECITALS

a. WHEREAS, plaintiff filed his complaint in this action on or about January 10, 2008.

b. WHEREAS, plaintiff and defendant have entered into discussions regarding the allegations in this case in an attempt to determine if the matter can be resolved informally and these discussions continue.

c. WHEREAS, plaintiff has granted defendant an extension of time, up to and including April 14, 2008, to respond to plaintiff's complaint.

d. WHEREAS, the parties have jointly agreed that in light of the parties' informal discussions and that defendant has not yet responded to the complaint, the parties wish to continue the date for their initial meet and confer regarding initial disclosures, early settlement, ADR Process Selection and discovery plan and the joint ADR certification for a period of two weeks, from March 27, 2008 to April 10, 2008.

## STIPULATION

1. The parties agree to complete their initial meet and confer regarding initial disclosures, early settlement and ADR by April 10, 2008.

2. The parties agree to file their ADR Certification by April 10, 2008.

DATED: March 28, 2008          SEDGWICK, DETERT, MORAN & ARNOLD LLP

By: _____
Kevin Dunne
Laura Goodman
Attorneys for Defendant
STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY

1  DATED: 3/28/08            KABATECK BROWN KELLNER LLP

                             By: _____
                             Niall G. Yamane
                             Attorneys for Plaintiffs
                             GREGORY BUONOCORE, an individual on behalf of
                             himself and all others similarly situated

**[PROPOSED] ORDER**

IT IS SO ORDERED.

DATED: _____     _____
                             JUDGE OF THE UNITED STATES DISTRICT COURT