1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   KEVIN DUNNE  Bar No. 40030
2  LAURA GOODMAN  Bar No. 142689
   One Market Plaza
3  Steuart Tower, 8th Floor
   San Francisco, California 94105
4  Telephone: (415) 781-7900
   Facsimile: (415) 781-2635
5
   Attorneys for Defendant
6  STATE FARM MUTUAL AUTOMOBILE
   INSURANCE COMPANY
7
   KABATECK BROWN KELLNER LLP
8  NIALL G. YAMANE Bar No. 127899
   644 South Figueroa Street
9  Los Angeles, California  90017
   Telephone:  (213) 217-5000
10 Facsimile:  (213) 217-5010

11 Attorneys for Plaintiff
   GREGORY BUONOCORE, an individual on
12 behalf of himself and all others similarly situated

13                    UNITED STATES DISTRICT COURT

14                    NORTHERN DISTRICT OF CALIFORNIA

15

16
   GREGORY BUONOCORE, an individual on        CASE NO. CV 08 0184 PJH
17 behalf of himself and all others similarly
   situated,
18
           Plaintiff,                         STIPULATION AND [PROPOSED] ORDER
19                                            CONTINUING DATES
       v.
20
   STATE FARM MUTUAL AUTOMOBILE
21 INSURANCE COMPANY; and DOES 1
   through 10 inclusive,
22
           Defendants.
23

24

25

26         This STIPULATION is entered into by and between plaintiff Gregory Buonocore and

27 defendant State Farm Mutual Automobile Insurance Company.

28

**RECITALS**

a.    WHEREAS, plaintiff filed his complaint in this action on or about January 10, 2008.

b.    WHEREAS, plaintiff and defendant have entered into discussions regarding the allegations in this case in an attempt to determine if the matter can be resolved informally and these discussions continue.

c.    WHEREAS, plaintiff has granted defendant an extension of time, up to and including April 14, 2008, to respond to plaintiff's complaint.

d.    WHEREAS, the parties have jointly agreed that in light of the parties' informal discussions and that defendant has not yet responded to the complaint, the parties wish to continue the date for their initial meet and confer regarding initial disclosures, early settlement, ADR Process Selection and discovery plan and the joint ADR certification for a period of two weeks, from March 27, 2008 to April 10, 2008.

**STIPULATION**

1.    The parties agree to complete their initial meet and confer regarding initial disclosures, early settlement and ADR by April 10, 2008.

2.    The parties agree to file their ADR Certification by April 10, 2008.

DATED: March 28, 2008                SEDGWICK, DETERT, MORAN & ARNOLD LLP

By: _____
    Kevin Dunne
    Laura Goodman
    Attorneys for Defendant
    STATE FARM MUTUAL AUTOMOBILE
    INSURANCE COMPANY

**SEDGWICK**
DETERT, MORAN & ARNOLD LLP

1   DATED: 2/28/08                    KABATECK BROWN KELLNER LLP

2

3                                     By:

4                                        Niall G. Yamane
                                         Attorneys for Plaintiffs
5                                        GREGORY BUONOCORE, an individual on behalf of
                                         himself and all others similarly situated
6

7

8                                     [PROPOSED] ORDER

9        IT IS SO ORDERED.

10

11  DATED: 3/31/08

12                                    JUDGE OF THE UNITED STATES DISTRICT COURT

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28