1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   KEVIN DUNNE  Bar No. 40030
2  LAURA GOODMAN  Bar No. 142689
   One Market Plaza
3  Steuart Tower, 8th Floor
   San Francisco, California 94105
4  Telephone: (415) 781-7900
   Facsimile: (415) 781-2635

Attorneys for Defendant
STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY

KABATECK BROWN KELLNER LLP
NIALL G. YAMANE  Bar No. 127899
644 South Figueroa Street
Los Angeles, California  90017
Telephone:  (213) 217-5000
Facsimile:  (213) 217-5010

Attorneys for Plaintiff
GREGORY BUONOCORE, an individual on
behalf of himself and all others similarly situated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY BUONOCORE, an individual on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; and DOES 1 through 10 inclusive, <br><br> Defendants. | CASE NO. CV 08 0184 PJH <br><br> STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT |

This STIPULATION is entered into by and between plaintiff Gregory Buonocore and defendant State Farm Mutual Automobile Insurance Company.

## STIPULATION

The parties have agreed that State Farm Mutual Automobile Insurance Company has up to and including April 21, 2008 to respond to the complaint filed by plaintiff.

DATED: 4/8/08

SEDGWICK, DETERT, MORAN & ARNOLD LLP

By: _____
Kevin Dunne
Laura Goodman
Attorneys for Defendant
STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY

DATED: 4/8/08

KABATECK BROWN KELLNER LLP

By: _____
Niall G. Yamane
Attorneys for Plaintiffs
GREGORY BUONOCORE, an individual on behalf of himself and all others similarly situated