# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Buonocore,<br><br>　　　　　　Plaintiff(s),<br><br>　　v.<br><br>State Farm Mutual Automobile<br><br>Insurance Company,<br><br>　　　　　　Defendant(s). | 08-00184 PJH<br><br>**NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |

　　The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order.  Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter.  Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)).  (These forms are available at www.adr.cand.uscourts.gov.)

　　Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax

**Notice Re: Noncompliance With Court Order**
08-00184 PJH　　　　　　　　　　　　　-1-

1  (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,
2  450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment
3  to an e-mail directed to adr@cand.uscourts.gov.

5      It is the responsibility of counsel to schedule an ADR Phone Conference, if
6  required, to occur <u>before</u> the Case Management Conference.

9  Dated: April 16, 2008

```
                                    RICHARD W. WIEKING
                                    Clerk
                                    by:    Timothy J. Smagacz

                                    [signature: Timothy Smagacz]
                                    _____
                                    ADR Administrative Assistant
                                    415-522-4205
                                    Tim_Smagacz@cand.uscourts.gov
```

**United States District Court**
**Northern District of California**

**Notice Re: Noncompliance With Court Order**
08-00184 PJH                                     -2-

PROOF OF SERVICE

Case Name:     Buonocore v. State Farm Mutual Automobile Insurance Company

Case Number:   08-00184 PJH

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. I am over the age of eighteen (18) years and not a party to the action. My business address is:

> ADR Program
> United States District Court
> Norther District of California
> 450 Golden Gate Avenue Floor 16
> San Francisco, CA 94102

On April 16, 2008, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

> Niall G. Yamane
> Kabateck Brown Kellner LLP
> 350 South Grand Avenue
> 39th Floor
> Los Angeles, CA 90071
> ny@kbklawyers.com
>
> Brian S. Kabateck
> Kabateck Brown Kellner, LLP
> 350 South Grand Avenue
> 39th Floor
> Los Angeles, CA 90071
> bsk@kbklawyers.com
>
> Richard Kellner
> Kabateck Brown Kellner, LLP
> 350 South Grand Avenue
> 39th Floor
> Los Angeles, CA 90017
> rlk@kbklawyers.com

Laura L. Goodman
Sedgwick, Detert, Moran & Arnold LLP
One Market Plaza, 8th Fl.
16th Floor
San Francisco, CA 94105
laura.goodman@sdma.com


[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:
[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:


I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on April 16, 2008 in San Francisco, California.

                                              RICHARD W. WIEKING
                                              Clerk
                                              by:    Timothy J. Smagacz

_____
ADR Administrative Assistant
415-522-4205
Tim_Smagacz@cand.uscourts.gov