**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

<u>**CIVIL MINUTES**</u>

**Date:** April 17, 2008                                             **JUDGE:** Phyllis J. Hamilton

**Case No:** C-08-0184 PJH

**Case Name:** Gregory Buonocore v. State Farm Mutual Automobile Insurance

**Attorney(s) for Plaintiff:**        Niall G. Yamane
**Attorney(s) for Defendant:**        Laura L. Goodman

**Deputy Clerk**: Nichole Heuerman                **Court Reporter**: Not Reported

**PROCEEDINGS**

    Initial Case Management Conference-Held.  The court informs the parties that only one summary judgment motion will be allowed per side.  If defendant is going to go forward with an early motion for summary judgment the parties shall submit a stipulated briefing schedule to the court.  If no motion is filed the parties shall appear for a Further Case Management Conference on 8/14/08 at 2:30 p.m.  A joint case management conference statement shall be filed by 8/7/08.  The parties are handed copies of the courts pretrial instructions.

**Order to be prepared by:**   [] Pl [] Def []  Court

**Notes:**

**cc:** file