1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   KEVIN J. DUNNE  Bar No. 40030
2  LAURA L. GOODMAN  Bar No. 142689
   ANDREW J. KING  Bar No. 253962
3  One Market Plaza
   Steuart Tower, 8th Floor
4  San Francisco, California 94105
   Telephone: (415) 781-7900
5  Facsimile: (415) 781-2635

6  Attorneys for Defendant
   STATE FARM MUTUAL AUTOMOBILE
7  INSURANCE COMPANY

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 | GREGORY BUONOCORE, an individual on behalf of himself and all others similarly situated, | CASE NO. CV 08 0184 PJH
12 | | [PROPOSED] ORDER GRANTING STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY'S MOTION FOR JUDGMENT ON THE PLEADINGS [FED.R.CIV.P. 12(C)]
13 | Plaintiff, |
14 | v. |
15 | STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; and DOES 1 through 10 inclusive, | JUDGE: The Honorable Phyllis Hamilton
   | | CTRM: 3
16 | | DATE: August 6, 2008
   | | TIME: 9:00 a.m.
17 | Defendants. |

18

19    Defendant State Farm's motion for judgment on the pleadings for plaintiff Buonocore's
20 failure to state a claim pursuant to Federal Rule of Civil Procedure 12(c) came on regularly for
21 hearing before this Court on August 6, 2008 at 9:00 a.m. in Courtroom 3, the Honorable Phyllis
22 Hamilton presiding. All parties appeared through counsel. After full consideration of the
23 parties' papers, the State Farm Mutual Automobile Insurance policy issued to Buonocore,
24 Buonocore's settlement agreement and release with the third party motorist Ali Saremi with the
25 admissions of Saremi incorporated therein, and the oral argument of counsel, this Court orders as
26 follows:
27    IT IS HEREBY ORDERED that State Farm's motion for judgment on the pleadings for
28 failure to state a claim is GRANTED.

-1-                                              CASE NO. CV 08 0184 PJH
[PROPOSED] ORDER GRANTING STATE FARM'S MOTION FOR JUDGMENT ON THE PLEADINGS
[FED.R.CIV.P. 12(C)]

1       All of the claims asserted by Buonocore in his complaint are dependent on his assertion
2 that State Farm cannot seek reimbursement of its medical payments because Saremi has neither
3 admitted liability nor been determined liable by a neutral fact finder, which Buonocore argues is
4 a condition precedent to medical payment reimbursement. The Court finds that the settlement
5 and release agreement with Saremi contains an admission of liability, that Saremi admitted
6 liability in response to requests for admission that are incorporated in the settlement agreement,
7 and that, by filing an underinsured motorist claim, Buonocore was required to allege and
8 establish that Saremi was liable for Buonocore's bodily injury. Therefore, Buonocore has failed
9 to allege a cognizable legal theory to support any of his claims for relief.

10       As an independent basis for dismissal, each of Buonocore's claims fails to state a claim
11 for relief as a matter of law to the extent they challenge State Farm's right - as contained in the
12 policy and authorized under California Insurance Code Section 11580.2(e) - to offset amounts
13 previously paid to Buonocore as medical payments under Coverage C from any uninsured
14 motorist arbitration award paid pursuant to Coverage U.

15       Buonocore's complaint is hereby dismissed with prejudice and State Farm is awarded its
16 reasonable costs of suit.

18 DATED:

                               HONORABLE PHYLLIS HAMILTON
                               UNITED STATES DISTRICT JUDGE