1  BRIAN S. KABATECK, SBN 152054
   (bsk@kbklawyers.com)
2  RICHARD L. KELLNER, SBN 171416
   (rlk@kbklawyers.com)
3  NIALL G. YAMANE, SBN 127899
   (ny@kbklawyers.com)
4  KABATECK BROWN KELLNER LLP
   644 South Figueroa Street
5  Los Angeles, California 90017
   Telephone: (213) 217-5000
6  Facsimile: (213) 217-5010

7  Attorneys for Plaintiff GREGORY BUONOCORE, an individual on behalf of himself
   And all others similarly situated
8

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11

| GREGORY BUONOCORE, an individual on behalf of himself and all others similarly situated; | CASE NO. CV 08-00184 PJH |
|---|---|
| | Judge: Hon. Phyllis J. Hamilton |
| Plaintiff, | |
| vs. | STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE AUGUST 6, 2008 HEARING |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; and DOES 1 through 10 inclusive; | |
| | Date: August 6, 2008 |
| Defendants | Time: 9:00 a.m. |
| | Ctrm: 3 |

**TO THE COURT, AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Plaintiff Gregory Buonocore ("Plaintiff") and Defendants State Farm Mutual Automobile Insurance Company (collectively referred to as "Defendants") hereby stipulate and agree as follows:

**WHEREAS,** a hearing on Defendants' motion for Judgment on the Pleadings is currently set for August 6, 2008 at 9:00 a.m. in Courtroom 3;

2

1  **WHEREAS** Plaintiffs counsel has contacted the Defendants and asked for a
2  continuance because of scheduling conflicts.
3  It is hereby stipulated and agreed by the parties, through their counsel of record, that
4  Defendants' motion for judgment on the pleadings be continued to August 13, 2008.
5  Plaintiff's opposition will be due on July 23, 2008 and Defendant's reply will be due on
6  July 30, 2008.

8  **IT IS SO STIPULATED:**
9  Dated: July 11, 2008                    KABATECK BROWN KELLNER LLP

12  By: _____
    NIALL G. YAMANE
13  Attorneys for Plaintiff

15  Dated: July 11, 2008                    SEDGWICK, DETERT, MORAN & ARNOLD LLP

18  By: _____
    ANDREW J. KING
19  Attorneys for Defendants

21  **IT IS HEREBY ORDERED:**
22  It is hereby ordered that the hearing on Defendants' Motion for Judgment on the
23  Pleadings is continued to August 13, 2008, at 9:00 a.m. in Department 3 and Plaintiff's
24  opposition is due on July 23, 2008 and Defendant's reply is due July 30, 2008.

27  Dated:_____        _____
                                          The Honorable Phyllis Hamilton
28                                        United States District Court Judge

3