1  BRIAN S. KABATECK, SBN 152054
   (bsk@kbklawyers.com)
2  RICHARD L. KELLNER, SBN 171416
   (rlk@kbklawyers.com)
3  NIALL G. YAMANE, SBN 127899
   (ny@kbklawyers.com)
4  KABATECK BROWN KELLNER LLP
   644 South Figueroa Street
5  Los Angeles, California 90017
   Telephone: (213) 217-5000
6  Facsimile: (213) 217-5010

7  Attorneys for Plaintiff GREGORY BUONOCORE, an individual on behalf of himself
   And all others similarly situated
8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11

| GREGORY BUONOCORE, an individual on behalf of himself and all others similarly situated; | CASE NO. CV 08-00184 PJH |
|---|---|
| | Judge: Hon. Phyllis J. Hamilton |
| Plaintiff, | |
| vs. | STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE AUGUST 6, 2008 HEARING |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; and DOES 1 through 10 inclusive; | |
| | Date: August 6, 2008 |
| Defendants | Time: 9:00 a.m. |
| | Ctrm: 3 |

TO THE COURT, AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Plaintiff Gregory Buonocore ("Plaintiff") and Defendants State Farm Mutual Automobile Insurance Company (collectively referred to as "Defendants") hereby stipulate and agree as follows:

WHEREAS, a hearing on Defendants' motion for Judgment on the Pleadings is currently set for August 6, 2008 at 9:00 a.m. in Courtroom 3;

     **WHEREAS** Plaintiffs counsel has contacted the Defendants and asked for a continuance because of scheduling conflicts.

     It is hereby stipulated and agreed by the parties, through their counsel of record, that Defendants' motion for judgment on the pleadings be continued to August 13, 2008. Plaintiff's opposition will be due on July 23, 2008 and Defendant's reply will be due on July 30, 2008.

**IT IS SO STIPULATED:**

Dated: July 11, 2008       KABATECK BROWN KELLNER LLP

By: _____
     NIALL G. YAMANE
     Attorneys for Plaintiff

Dated: July 11, 2008       SEDGWICK, DETERT, MORAN & ARNOLD LLP

By: _____
     ANDREW J. KING
     Attorneys for Defendants

**IT IS HEREBY ORDERED:**

     It is hereby ordered that the hearing on Defendants' Motion for Judgment on the Pleadings is continued to August 13, 2008, at 9:00 a.m. in Department 3 and Plaintiff's opposition is due on July 23, 2008 and Defendant's reply is due July 30, 2008.

Dated: July 11, 2008

_____
The Honorable _____
Judge Phyllis J. Hamilton



IT IS SO ORDERED