BRIAN S. KABATECK, SBN 152054
(bsk@kbklawyers.com)
RICHARD L. KELLNER, SBN 171416
(rlk@kbklawyers.com)
NIALL G. YAMANE, SBN 127899
(ny@kbklawyers.com)
KABATECK BROWN KELLNER LLP
350 South Grand Avenue, 39th Floor
Los Angeles, California 90071
Telephone: (213) 217-5000
Facsimile: (213) 217-5010

Attorneys for GREGORY BUONOCORE,
an individual on behalf of himself
and all others similarly situated

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| GREGORY BUONOCORE, an individual on behalf of himself and all others similarly situated;<br><br>Plaintiff,<br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; and DOES 1 through 10 inclusive;<br><br>Defendants. | CASE NO. CV 08 0184 PJH<br><br>**[PROPOSED] ORDER RE: DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS**<br><br>JUDGE: The Honorable Phyllis Hamilton<br>CTRM: 3<br>DATE: August 13, 2008<br>TIME: 9:00 a.m. |

Defendant State Farm's motion for judgment on the pleadings for plaintiff Buonocore's failure to state a claim pursuant to Federal Rule of Civil Procedure 12(c) came on regularly for hearing before this Court on August 13, 2008 at 9:00 am. in Courtroom 3, the Honorable Phyllis Hamilton presiding. All parties appeared through counsel. After full consideration of the parties papers,

1

**IT IS HEREBY ORDERED**: that State Farm's motion for judgment on the pleadings for failure to state a claim is DENIED.

The Court bases its decision on the following grounds:

1. State Farm improperly relies on discovery responses to prove Saremi liable where admission of such evidence relating to compromise negotiations is barred under Federal Evidence Rule 408;

2. Plaintiff's Filing of An Underinsured Motorist Claims Does Not Constitute An Admission of Liability

3. The Right Of Offset Pursuant to Insurance Code 11580.2(e) Is Different From The Right To Reimbursement In Section II, And Therefore Insurance Code 11580.2(e) Does not Support The Right To Reimbursement

4. Insurance Code 11580.2(p)(5) Does Not Support State Farm's Application of Offset To The $25k In Medical Expenses Paid By State Farm

5. "Limits of Liability Under Coverage U" Does Not Support State Farm's Reimbursement Provision.

6. There Must Be A Judicial Determination of Liability Before Farmers Has The Right of Reimbursement Pursuant To the Terms of Its Form Automobile Policy

7. A Release of Liability Extinguishes All Rights and Therefore Bars "Liability" Required by Section II.

8. The Rule of Contract Interpretation Requires The Reimbursement Clause In Section II To Be Interpreted To Protect The Insured's Reasonable Expectation If The Term "Liable" Is Ambiguous

Plaintiff's request to amend the complaint to substitute a new plaintiff is hereby GRANTED. Plaintiff shall file the first amended complaint within seven days.

Dated:_____                    _____
                                       Honorable Phyllis Hamilton
                                       United States District Judge