SEDGWICK, DETERT, MORAN & ARNOLD LLP
KEVIN J. DUNNE  Bar No. 40030
LAURA L. GOODMAN  Bar No. 142689
ANDREW J. KING  Bar No. 253962
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Defendant
STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY

KABATECK BROWN KELLNER LLP
BRIAN S. KABATECK, Bar No. 152054
RICHARD L. KELLNER, Bar No. 171416
NIALL G. YAMANE Bar No. 127899
644 South Figueroa Street
Los Angeles, California 90017
Telephone: (213) 217-5000
Facsimile: (213) 217-5010

Attorneys for Plaintiff
GREGORY BUONOCORE, an individual on
behalf of himself and all others similarly situated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY BUONOCORE, an individual on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; and DOES 1 through 10 inclusive, <br><br> Defendants. | CASE NO. CV 08 0184 PJH <br><br> Judge: Hon. Phyllis J. Hamilton <br><br> STIPULATION AND [PROPOSED] ORDER CONTINUING AUGUST 14, 2008 FURTHER CASE MANAGEMENT CONFERENCE <br><br> Date: August 14, 2008 <br> Time: 2:30 p.m. <br> Ctrm: 3 |

TO THE COURT, AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

This STIPULATION is entered into by and between plaintiff Gregory Buonocore and defendant State Farm Mutual Automobile Insurance Company.

## RECITALS

a. WHEREAS, a further case management conference is currently set for August 14, 2008 at 2:30 p.m. in Courtroom 3.

b. WHEREAS, the Court, by order dated August 1, 2008, has continued the hearing on defendant's motion for judgment on the pleadings until September 3, 2008 at 9:00 a.m. in Courtroom 3.

c. WHEREAS, the parties have jointly agreed that in light of the continuance of the hearing on defendant's motion for judgment on the pleadings, the parties wish to continue the date for the further case management conference until September 4, 2008 at 2:30 p.m. in Courtroom 3.

## STIPULATION

1. The parties hereby agree and stipulate, through their counsel of record, that the further case management conference, currently set for August 14, 2008 at 2:30 p.m., be continued until September 4, 2008 at 2:30 p.m. in Courtroom 3.

IT IS SO STIPULATED:

DATED: August 7, 2008     SEDGWICK, DETERT, MORAN & ARNOLD LLP

By: _____
Kevin J. Dunne
Laura L. Goodman
Andrew J. King
Attorneys for Defendant
STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY

DATED: August 6, 2008     KABATECK BROWN KELLNER LLP

By: _____
Brian S. Kabateck
Richard L. Kellner
Niall G. Yamane
Attorneys for Plaintiffs
GREGORY BUONOCORE, an individual on behalf of himself and all others similarly situated

# [PROPOSED] ORDER

IT IS HEREBY ORDERED:

It is hereby ordered that the further case management conference, currently set for August 14, 2008 at 2:30 p.m., is continued until September 4, 2008 at 2:30 p.m. in Courtroom 3.

DATED: _____          _____

The Honorable Phyllis Hamilton
United States District Court Judge