| | |
|---|---|
| 1 | SEDGWICK, DETERT, MORAN & ARNOLD LLP |
| | KEVIN J. DUNNE  Bar No. 40030 |
| 2 | LAURA L. GOODMAN  Bar No. 142689 |
| | ANDREW J. KING  Bar No. 253962 |
| 3 | One Market Plaza |
| | Steuart Tower, 8th Floor |
| 4 | San Francisco, California 94105 |
| | Telephone: (415) 781-7900 |
| 5 | Facsimile: (415) 781-2635 |
| 6 | Attorneys for Defendant |
| | STATE FARM MUTUAL AUTOMOBILE |
| 7 | INSURANCE COMPANY |
| 8 | KABATECK BROWN KELLNER LLP |
| | BRIAN S. KABATECK, Bar No. 152054 |
| 9 | RICHARD L. KELLNER, Bar No. 171416 |
| | NIALL G. YAMANE Bar No. 127899 |
| 10 | 644 South Figueroa Street |
| | Los Angeles, California  90017 |
| 11 | Telephone:  (213) 217-5000 |
| | Facsimile:  (213) 217-5010 |
| 12 | |
| | Attorneys for Plaintiff |
| 13 | GREGORY BUONOCORE, an individual on |
| | behalf of himself and all others similarly situated |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY BUONOCORE, an individual on behalf of himself and all others similarly situated, | CASE NO. CV 08 0184 PJH |
| | Judge: Hon. Phyllis J. Hamilton |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING AUGUST 14, 2008 FURTHER CASE MANAGEMENT CONFERENCE |
| v. | |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; and DOES 1 through 10 inclusive, | Date: August 14, 2008 |
| | Time: 2:30 p.m. |
| | Ctrm: 3 |
| Defendants. | |

TO THE COURT, AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

This STIPULATION is entered into by and between plaintiff Gregory Buonocore and defendant State Farm Mutual Automobile Insurance Company.

-1-    CASE NO. CV 08 0184 PJH

STIPULATION AND [PROPOSED] ORDER CONTINUING DATE OF FURTHER CASE MANAGEMENT CONFERENCE

## RECITALS

a. WHEREAS, a further case management conference is currently set for August 14, 2008 at 2:30 p.m. in Courtroom 3.

b. WHEREAS, the Court, by order dated August 1, 2008, has continued the hearing on defendant's motion for judgment on the pleadings until September 3, 2008 at 9:00 a.m. in Courtroom 3.

c. WHEREAS, the parties have jointly agreed that in light of the continuance of the hearing on defendant's motion for judgment on the pleadings, the parties wish to continue the date for the further case management conference until September 4, 2008 at 2:30 p.m. in Courtroom 3.

## STIPULATION

1. The parties hereby agree and stipulate, through their counsel of record, that the further case management conference, currently set for August 14, 2008 at 2:30 p.m., be continued until September 4, 2008 at 2:30 p.m. in Courtroom 3.

IT IS SO STIPULATED:

DATED: August 7, 2008

SEDGWICK, DETERT, MORAN & ARNOLD LLP

By: _____
Kevin J. Dunne
Laura L. Goodman
Andrew J. King
Attorneys for Defendant
STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY

DATED: August 6, 2008

KABATECK BROWN KELLNER LLP

By: _____
Brian S. Kabateck
Richard L. Kellner
Niall G. Yamane
Attorneys for Plaintiffs
GREGORY BUONOCORE, an individual on behalf of himself and all others similarly situated

[~~PROPOSED~~] ORDER

IT IS HEREBY ORDERED:

It is hereby ordered that the further case management conference, currently set for August 14, 2008 at 2:30 p.m., is continued until September 4, 2008 at 2:30 p.m. in Courtroom 3.

DATED: 8/8/08



The Honorable Phyllis J. Hamilton
United States District Judge

-3-     CASE NO. CV 08 0184 PJH
STIPULATION AND [PROPOSED] ORDER CONTINUING DATE OF FURTHER CASE MANAGEMENT CONFERENCE