1  BRIAN S. KABATECK, SBN 152054
   (bsk@kbklawyers.com)
2  RICHARD L. KELLNER, SBN 171416
   (rlk@kbklawyers.com)
3  NIALL G. YAMANE, SBN 127899
   (ny@kbklawyers.com)
4  KABATECK BROWN KELLNER LLP
   350 South Grand Avenue, 39th Floor
   Los Angeles, California  90071
5  Telephone: (213) 217-5000
   Facsimile: (213) 217-5010
6
7  Attorneys for GREGORY BUONOCORE,
   an individual on behalf of himself
   and all others similarly situated
8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                 SAN FRANCISCO DIVISION

12

| | |
|---|---|
| GREGORY BUONOCORE, an individual on behalf of himself and all others similarly situated; | CASE NO. CV 08 0184 PJH |
| Plaintiff, vs. | [PROPOSED] ORDER RE PLAINTIFF'S MOTION TO FOR LEAVE TO FILE FIRST AMENDED COMPLAINT TO ADD NEW PLAINTIFFS |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; and DOES 1 through 10 inclusive; | |
| Defendants. | |

Plaintiff Gregory Buonocore's motion to amend complaint to add new Plaintiffs pursuant to Federal Rule of Civil Procedure 12(c) came on regularly for hearing before this Court on October 8, 2008 at 9:00 am. in Courtroom 3, the Honorable Phyllis Hamilton presiding. All parties appeared through counsel. After full consideration of the papers submitted by the parties, and finding good cause therein, the COURT HEREBY ORDERS:

Plaintiff's request to amend the complaint to add new Plaintiffs is hereby GRANTED. Plaintiff shall file the first amended complaint within seven days.

1

[PROPOSED] ORDER RE PLAINTIFF'S MOTION TO FOR LEAVE TO FILE FIRST
AMENDED COMPLAINT TO SUBSITUTE PLAINTIFFS

The Court bases its decision on the following grounds:

1. The requested amendment will not prejudice the Defendant.

2. The requested amendment will benefit the orderly and efficient progress of the case.

3. The request for this amendment is made in good faith.

Dated:_____     _____
                           Honorable Phyllis Hamilton
                           United States District Judge