UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

Date: September 3, 2008                                JUDGE: Phyllis J. Hamilton

Case No: C-08-0184 PJH

Case Name: Gregory Buonocore v. State Farm Mutual Automobile Insurance

Attorney(s) for Plaintiff:      Niall G. Yamane
Attorney(s) for Defendant:  Laura L. Goodman; Andrew J. King

Deputy Clerk: Nichole Heuerman            Court Reporter: Belle Ball

PROCEEDINGS

    Defendant's Motion for Judgment on the Pleadings-GRANTED on limited grounds as stated on the record.

    The court informs the parties that they shall complete arbitration with respect to damages and shall inform the court immediately when arbitration is completed. The case is stayed pending completion of arbitration.

    The case management conference currently set for 9/4/08 is vacated and will be reset once the court is notified that arbitration has been completed.

    No amendment of the complaint will be permitted at this time. Defense counsel's request that the amended complaint (docket number 35) be stricken is granted by the court. The motion to amend the complaint (docket number 32) is administratively terminated.

    Defense counsel shall submit a proposed order for the court's review.

**Order to be prepared by:**   [] Pl [x] Def  [] Court

**Notes:**

**cc:** file