SEDGWICK, DETERT, MORAN & ARNOLD LLP
KEVIN J. DUNNE  Bar No. 40030
LAURA L. GOODMAN  Bar No. 142689
ANDREW J. KING  Bar No. 253962
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Defendant
STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY BUONOCORE, an individual on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; and DOES 1 through 10 inclusive,<br><br>Defendants. | CASE NO. CV 08 0184 PJH<br><br>[PROPOSED] ORDER GRANTING ON LIMITED GROUNDS STATE FARM'S MOTION FOR JUDGMENT ON THE PLEADINGS<br><br>JUDGE:   Hon. Phyllis J. Hamilton |

Defendant State Farm Mutual Automobile Insurance Company's motion for judgment on the pleadings for plaintiff Buonocore's failure to state a claim pursuant to Federal Rule of Civil Procedure 12(c) came on regularly for hearing before this Court on September 3, 2008 at 9:00 a.m. in Courtroom 3, the Honorable Phyllis J. Hamilton presiding. All parties appeared through counsel. After full consideration of the parties' papers, the declarations and the evidence submitted, and the oral argument of counsel, this Court orders as follows:

IT IS HEREBY ORDERED that:

(1) Under the terms of the automobile insurance policy State Farm issued to plaintiff Gregory Buonocore, State Farm is not required to pay twice the $25,000 in medical payments it has previously paid to Buonocore under Coverage C of the policy, and is therefore entitled to

1  withhold $25,000 from any underinsured motorist arbitration award that may be awarded to
2  Buonocore under Coverage U of the policy so that State Farm is not paying the medical bills
3  twice.

4      (2)    The parties shall complete the arbitration of Buonocore's underinsured motorist
5  claim and shall inform the Court immediately when arbitration is completed. This case is stayed
6  pending completion of arbitration.

7      (3)    The case management conference currently set for September 4, 2008 is vacated
8  and will be reset once the Court is notified that arbitration has been completed.

9      (4)    No amendment of the Complaint will be permitted at this time. State Farm's
10 request that Buonocore's First Amended Complaint (Docket No. 35) be stricken is GRANTED.
11 Buonocore's Motion to Amend the Complaint (Docket No. 32) is administratively terminated.

13 DATED: September ___, 2008

                                           HONORABLE PHYLLIS J. HAMILTON
                                           UNITED STATES DISTRICT JUDGE