1    SEDGWICK, DETERT, MORAN & ARNOLD LLP
     KEVIN J. DUNNE  Bar No. 40030
2    LAURA L. GOODMAN  Bar No. 142689
     ANDREW J. KING  Bar No. 253962
3    One Market Plaza
     Steuart Tower, 8th Floor
4    San Francisco, California 94105
     Telephone: (415) 781-7900
5    Facsimile: (415) 781-2635

6    Attorneys for Defendant
     STATE FARM MUTUAL AUTOMOBILE
7    INSURANCE COMPANY

8                      UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11   GREGORY BUONOCORE, an individual on        CASE NO. CV 08 0184 PJH
     behalf of himself and all others similarly
12   situated,                                   [PROPOSED] ORDER GRANTING ON
                                                 LIMITED GROUNDS STATE FARM'S
13             Plaintiff,                        MOTION FOR JUDGMENT ON THE
                                                 PLEADINGS   AND IMPOSING STAY
14       v.
                                                 JUDGE:   Hon. Phyllis J. Hamilton
15   STATE FARM MUTUAL AUTOMOBILE
     INSURANCE COMPANY; and DOES 1
16   through 10 inclusive,

17             Defendants.

18

19         Defendant State Farm Mutual Automobile Insurance Company's motion for judgment on

20   the pleadings for plaintiff Buonocore's failure to state a claim pursuant to Federal Rule of Civil

21   Procedure 12(c) came on regularly for hearing before this Court on September 3, 2008 at 9:00

22   a.m. in Courtroom 3, the Honorable Phyllis J. Hamilton presiding.  All parties appeared through

23   counsel.  After full consideration of the parties' papers, the declarations and the evidence

24   submitted, and the oral argument of counsel, this Court orders as follows:

25         IT IS HEREBY ORDERED that:

26         (1)    Under the terms of the automobile insurance policy State Farm issued to plaintiff

27   Gregory Buonocore, State Farm is not required to pay twice the $25,000 in medical payments it

28   has previously paid to Buonocore under Coverage C of the policy, and is therefore entitled to

SEDGWICK
DETERT, MORAN & ARNOLD LLP

1   withhold $25,000 from any underinsured motorist arbitration award that may be awarded to

2   Buonocore under Coverage U of the policy so that State Farm is not paying the medical bills

3   twice.

4       (2)     The parties shall complete the arbitration of Buonocore's underinsured motorist

5   claim and shall inform the Court immediately when arbitration is completed. This case is stayed

6   pending completion of arbitration.

7       (3)     The case management conference currently set for September 4, 2008 is vacated

8   and will be reset once the Court is notified that arbitration has been completed.

9       (4)     No amendment of the Complaint will be permitted at this time. State Farm's

10  request that Buonocore's First Amended Complaint (Docket No. 35) be stricken is GRANTED.

11  Buonocore's Motion to Amend the Complaint (Docket No. 32) is administratively terminated.

12

13  DATED: September $\underset{\text{8}}{\underline{\quad}}$, 2008



14  _____

    HONORABLE PHYLLIS
    UNITED STATES DISTRICT JUDGE

    IT IS SO ORDERED

    Judge Phyllis J. Hamilton

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SEDGWICK
DETERT, MORAN & ARNOLD LLP