BRIAN S. KABATECK, SBN 152054
(bsk@kbklawyers.com)
RICHARD L. KELLNER, SBN 171416
(rlk@kbklawyers.com)
NIALL G. YAMANE, SBN 127899
(ny@kbklawyers.com)
KABATECK BROWN KELLNER LLP
350 South Grand Avenue, 39th Floor
Los Angeles, California 90071
Telephone: (213) 217-5000
Facsimile: (213) 217-5010

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY BUONOCORE, an individual on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; and DOES 1 through 10 inclusive,<br><br>Defendants. | CASE NO. CV 08 0184 PJH<br><br>[PROPOSED] ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE |

The complaint of Plaintiff Gregory Buonocore is hereby dismissed without prejudice. This dismissal is without prejudice to a new class representative filing a new complaint on behalf of the same putative class and its members.

IT IS SO ORDERED.

Dated: May 19, 2009

_____
Honorable Phyllis H.
UNITED STATES

*[Stamp: IT IS SO ORDERED / Judge Phyllis J. Hamilton / United States District Court, Northern District of California]*

-1-
CASE NO. CV 08 0184 PJH
[PROPOSED] ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE

```
 1                        Approved as to form:
 2                        SEDGWICK, DETERT, MORAN & ARNOLD LLP
 3
 4   Dated: May 15, 2009   By: _____
                                Laura L Goodman
 5                              Attorneys for Defendant
                                STATE FARM MUTUAL AUTOMOBILE
 6                              INSURANCE COMPANY
 7
                          Approved as to form:
 8
                          KABATEK BROWN KELLNER LLP
 9
10   Dated: May 15, 2009   By: _____
                                Niall G. Yamane
11                              Attorneys for Plaintiff
                                GREGORY C. BUONOCORE
12
13
...
28
```